FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 2 2 2007 ★
BROOKLYN OFFICE

MEMORANDUM
TO THE HONORABLE JOHN GLEESON
U.S. DISTRICT JUDGE

RE: BENNETT-RUDDER, Claire
DKT #: 95-CR-1190-01
<u>Request for Order to Produce Documents</u>

The above-named individual was sentenced by Your Honor on October 31, 1996, to 97 months custody, to be followed by 4 years supervised release. She was assessed $150, and no special conditions were imposed. This sentence followed a guilty jury verdict for Conspiracy to Import Cocaine, Importation of Cocaine, and Possession with Intent to Distribute Cocaine, violations of 21 U.S.C. §§ 963, 960(b)(2)(B), 952(a), 841(a), and 841(b)(1)(B). The offender commenced supervision in our district on July 9, 2003, and her term is scheduled to expire on July 8, 2007.

The purpose of this memorandum is to advise the Court of Bennett's noncompliance, and to request an Order to Produce Documents as it relates to financial records and Bill of Sale of a vehicle purchased from Hudson Toyota in Jersey City, New Jersey.

On April 5, 2007, during a routine home contact, USPOs Katz and Weinrauch observed the offender drive a 4-door Toyota Corolla with a 20-day non-resident temporary tag from Jersey City, New Jersey. The tag, displayed on the rear window, contained the offender's name, tag, and vehicle identification numbers. A subsequent Equifax credit check revealed that in March 2007, Bennett did in fact finance a vehicle from Toyota Financial Services, in the amount of $20,271. Furthermore, on June 11, 2007, the undersigned officer spoke with a representative from Hudson Toyota in Jersey City, who verified that the offender did purchase a vehicle in March 2007; however, further information could not be provided. The representative confirmed that Bennett's presence for such transaction was required, and that furthermore, she would have had to provide proof of her income as it relates to the financing of the vehicle.

Notably, the offender has failed to report the purchase of this vehicle on at least 4 occasions. Additionally, at the time she purchased this vehicle, Bennett claimed to be unemployed, and the source of her minimal income (approximately $200 per month) being derived solely from cleaning the homes of two elderly ladies. Lastly, it appears the offender traveled out of district without prior approval, on at least one occasion in March 2007. It is also noted that during subsequent home visits, this vehicle has been observed parked in front of her residence.

BENNETT-RUDDER, Clair
Page 2

If agreeable to the Court, once we have received all relevant information pertaining to these matters, we will advise Your Honor of our findings with an appropriate recommendation. Please find enclosed an Order to Produce for financial records from Toyota Financial Services. We respectfully await Your Honor's decision.

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

PREPARED BY: *Talia Katz*
Talia Katz
U.S. Probation Officer
347-534-3452

APPROVED BY: *Kathleen M. Dunn*
Kathleen M. Dunn
Supervising U.S. Probation Officer
Date: June 18, 2007

The Court directs the following:

☒ Continue investigation, attached Orders have been signed.

☐ Other Directive: _____

s/John Gleeson                                6/19/07
John Gleeson, U.S. District Judge            Date